**Electronically Filed
Supreme Court
SCWC-20-0000076
06-NOV-2024
01:28 PM
Dkt. 23 ODAC**

SCWC-20-0000076

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CHRIS SLAVICK,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000076; CASE NOS. 1PR191000014, 1PC041001534)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.
and Circuit Judge Nakamoto, in place of Ginoza, J., recused)

Petitioner's Application for Writ of Certiorari, filed

on September 21, 2024, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 6, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Henry T. Nakamoto

